J. FREDERICK ORPEN, APPELLANT, v. JOHN WATSON ET AL., RESPONDENTS.

Argued June 17, 1915—Decided November 15, 1915.

On appeal from a judgment of the Supreme Court, whose opinion is reported in 87 *N. J. L.* 69.

For the appellant, *Theodore Strong.*

For the respondents, *William D. Edwards.*

PER CURIAM.

For the reasons stated in our opinion in Devlin *v.* Wilson (*ante p.* 180), delivered at the present term, the judgment under review will be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, WILLIAMS, TAYLOR, JJ. 14.

*For reversal*—None.